# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **THELMA LANE,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **ROBERT HALF INTERNATIONAL, INC., d/b/a OFFICE TEAM,** | **CASE NO: 04-2756 Ml/P** |
| Defendant. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment entered April 26, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Ap 26, 2005
DATE

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02756 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Victoria Gillard
LAW OFFICE OF VICTORIA GILLARD
100 N. Main St.
Ste. 408
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT